| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Jagdamba II Corp. | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK | |
| Case number (if known): | 21-10015-1 | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adirondack Trust Company  473 Broadway  Saratoga Springs, NY 12866 | | | | | | $172,900.00 |
| Bank United  7765 NW 148th Street, Building 2  Miami Lakes, FL 33016 | | | | | | $2,500,000.00 |
| Coastal Equipment  130 Coastal Lane  Jacksonville, NC 28546 | | | Unliquidated | | | $0.00 |
| County Waste  1927 US 9  Clifton Park, NY 12065 | | | Unliquidated | | | $0.00 |
| Discover Link  1525 Kautz Rd Ste 70  West Chicago, IL 60185 | | | Unliquidated | | | $0.00 |
| Eco Lab Pest  33 Union City Rd # 2B  Prospect, CT 06712 | | | Unliquidated | | | $0.00 |
| EcoLab  1 Ecolab Place  Saint Paul, MN 55102-2233 | | | Unliquidated | | | $0.00 |
| EcoSure  26397 Network Place  Chicago, IL 60473-1263 | | | | | | $1,474.50 |

| Debtor | Jagdamba II Corp. | | | Case number *(if known)* | **21-10015-1** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Golden Corral Franchising Systems**  5151 Glenwood Avenue  Raleigh, NC 27612 | | | Unliquidated | | | $0.00 |
| **Internal Revenue Service**  P.O. Box 7346  Philadelphia, PA 19101-7346 | | | | | | $208,286.18 |
| **McLane Foodservice**  NE Inustrial Park #22  Guilderland Center, NY 12085 | | | Unliquidated | | | $0.00 |
| **National Grid**  300 Erie Blvd East  Syracuse, NY 13202 | | | | | | $40,361.84 |
| **New York State Dept. of Taxation & Finan**  Bankruptcy Section  P.O. Box 5300  Albany, NY 12205-0300 | | | | | | $95,011.21 |
| **North Country Janitorial**  188 Dix Avenue  Glens Falls, NY 12801 | | | | | | $1,007.43 |
| **RTI**  12962 Collections Center Drive  Chicago, IL 60693 | | | | | | $2,849.13 |
| **SDI Matto JV HoldCo LLC**  2600 Douglas Road, Suite 901  Coral Gables, FL 33134 | | 15-17 Old Gick Road  Saratoga Springs, New York 12866 | | $9,167,933.76 | Unknown | Unknown |
| **Spectrum**  P.O. Box 70872  Charlotte, NC 28272 | | | | | | $973.00 |
| **Town of Wilton**  22 Traver Road  Gansevoort, NY 12831 | | | | | | $16,639.67 |
| **UniFirst**  69 Jonspin Road  Wilmington, MA 01887 | | | | | | $1,168.20 |

Debtor  **Jagdamba II Corp.**　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*   **21-10015-1**
　　　　Name